ALDRICH *v.* MINARD.

APPEAL from the *Warren* Circuit Court.

*Per Curiam.*—A judgment was confessed upon a complaint, note, and warrant of attorney.

The appearance and confession was by an attorney.  No affidavit of the party confessing, accompanied, and was filed with, the warrant of attorney.   2 R. S. pp. 123, 124.

The proceeding was erroneous.   *McPheeters* v. *Campbell*, 5 Ind. R. 109.

The judgment is reversed with costs.    Cause remanded, &c.

*D. D. Pratt*, for the appellant.

*H. P. Biddle*, for the appellee.